UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FRANCISCO CECENA-CECENA,

Petitioner,

v.

CURTIS J. ALJETS, INS,
District Director,

Respondent.

Civil No. 01-463 (DSD/SRN)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a prisoner at the Minnesota Correctional Facility in Rush City, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He claims that he is being detained by the U.S. Immigration and Naturalization Service in violation of his rights under federal law and the Constitution.

Respondent is directed to make a return in writing within 30 days from the date of this order, certifying the true cause of Petitioner's detention, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2. A reasoned memorandum of law and fact setting forth Respondent's legal position on the merits of the petition, and Respondent's recommendation as to the need for this court to conduct an evidentiary hearing in this matter;

3. Certified copies of any court records, administrative records, or prison records that may be germane to the issues raised in the petition.

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Absent compliance with this order within the 30-day time period, the Court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of Respondent's return, the parties shall await the further order of this Court.

Finally, Petitioner has filed an application seeking leave to proceed in forma pauperis, ("IFP"), pursuant to 28 U.S.C. § 1915(a). (Docket No. 4.) The Court finds that Petitioner is eligible for IFP status, and his IFP application is therefore GRANTED.

Dated: March 16, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge