**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FRANCISCO CECENA-CECENA,**

**Petitioner,**

**v.**

**CURTIS J. ALJETS, INS,**
**District Director,**

**Respondent.**

**Civil No. 01-463 (DSD/SRN)**

**REPORT AND RECOMMENDATION**

---

Petitioner Cecena-Cecena is pro se.

Mary Jo Madigan, Esq., Assistant United States Attorney, on behalf of Respondent.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner Francisco Cecena-Cecena's Petition for Writ of Habeas Corpus pursuant to Title 28, United States Code, Section 2241. In his petition, Mr. Cecena-Cecena, "a criminal alien who has been ordered removed from the United States"[1], challenges the Attorney General's authority to detain him pending his repatriation to Mexico. He moves this Court to either

[1] See Response to Order to Show Cause, p.1.

FILED SEP 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

require the Respondent to execute his final decision, or to immediately release Cecena-Cecena from his unlawful detention at the Rush City Correctional Facility in Minnesota.

Petitioner Cecena-Cecena is a 59 year-old native and citizen of Mexico who was granted temporary resident status on or about July 1, 1988, pursuant to the Special Agricultural Workers program. See Respondent's Exhibit B, Department of Justice, Immigration and Naturalization, Record of Deportable Alien. On June 12, 1991, Mr. Cecena-Cecena's status was adjusted to that of a lawful permanent resident. Id. On September 29, 1995, Petitioner attempted to re-enter the United States as a returning resident alien at the Port of Entry at Calexico, California. Id. A TECS check on the license plate of the vehicle Petitioner was driving was positive, and Petitioner was escorted to the secondary inspection area. Id. A search of the vehicle by a Customs canine team uncovered approximately 108.65 pounds of cocaine hidden in a compartment within the vehicle's floorboards. Id. Petitioner was paroled into the United States for the sole purpose of criminal prosecution. Id. On March 18, 1996, in the United States District Court for the Southern District of California, Petitioner Cecena-Cecena was convicted of the offense of Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960, upon entry of a guilty plea, and committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 63 months. Id.

Petitioner was found amendable to removal proceeding under Sections 212(a)(2)(A)(i)(II) and 212(a)(2)(C) of the Immigration and Naturalization Act (INA). Id. Petitioner Cecena-Cecena requested Cancellation of Removal, Request for Asylum and Withholding of Removal, and an application for withholding of removal to Mexico under the Convention Against Torture. Id.

Respondent submits that, consistent with his prayer for relief, on April 3, 2001, Cecena-Cecena was transferred into the custody of the United States Marshals Service and was lawfully removed to Mexico pursuant to an administratively final Order of Removal. See Respondent's Exhibit H. The Respondent argues that Petitioner Cecena-Cecena's petition for writ of habeas corpus should be denied because there has been no violation of Cecena-Cecena's rights warranting judicial intervention, and because the petition is now moot.

The Court finds that Mr. Cecena-Cecena's April 2001 repatriation to Mexico has mooted his Petition for a Writ of Habeas Corpus, in that he has attained the relief he sought via his Petition -- i.e. that the Respondent be required to execute the INS' final removal decision. Accordingly, the Court need not address the issue of whether Mr. Cecena-Cecena's rights were violated by his detention pending repatriation such that judicial intervention was warranted. The Court therefore recommends that Petitioner Cecena-Cecena's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be denied as

moot.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

Petitioner Francisco Cecena-Cecena's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. No. 1) be **DENIED AS MOOT**.

Dated: September 6, 2001.

SUSAN RICHARD NELSON
United States Magistrate Judge

Under D.Minn. Local Rule 72.1(c)(2), any party may object to this Report and Recommendation within 10 days after being served with a copy. The objecting party shall file with the Clerk of Court, and serve on all parties, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure may operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.